| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gottschall, Joan B. | 2. Court or Organization U.S. District Court, NDIL | 3. Date of Report 5/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge--Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

Room 2356
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Visiting Committee to the Divinity School, University of Chicago |
| 2. Member, Board of Directors | Martin Marty Center at the University of Chicago Divinity School |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Wellington Fund* | D | Dividend | N | T | Buy (add'l) | 02/19/14 | L | | *See Part VIII, n. 1 |
| 2. Vanguard Wellesley Fund* | E | Dividend | O | T | Buy (add'l) | 02/19/14 | L | | *See Part VIII, n. 2 |
| 3. Vanguard Index Trust | B | Dividend | M | T | | | | | |
| 4. Vanguard Prime Portfolio | A | Dividend | K | T | | | | | |
| 5. Fed Empl Credit Union Acts | A | Interest | J | T | | | | | |
| 6. IBM c/stock | A | Dividend | K | T | | | | | |
| 7. Intel c/stock | A | Dividend | J | T | | | | | |
| 8. Waste Management c/stock | A | Dividend | J | T | | | | | |
| 9. Vanguard Tax-Managed Growth & Income Fund* (Admiral Fund) | A | Dividend | | | Merged (with line 3) | 05/16/14 | K | | *See Part VIII, n. 3 |
| 10. Hewlett-Packard c/stock | A | Dividend | | | Sold | 01/06/14 | J | | |
| 11. CVS Caremark c/stock | A | Dividend | K | T | | | | | |
| 12. Vanguard Capital Opportunity Fund | A | Dividend | K | T | | | | | |
| 13. BlackRock Large Cap Value | A | Dividend | K | T | | | | | |
| 14. BlackRock Value Opportunities | A | Dividend | K | T | | | | | |
| 15. Dodge & Cox Fds Intl Stk Fd | A | Dividend | J | T | Sold (part) | 01/06/14 | J | B | |
| 16. Balanced Fund Inc. | A | Int./Div. | | | Sold | 01/06/14 | K | D | |
| 17. Capital Income Bldr | D | Int./Div. | M | T | Sold (part) | 01/06/14 | K | C | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Capital World Growth Inc. Fnd* | A | Int./Div. | | | Sold | 01/06/14 | K | | *See Part VIII, n. 4 |
| 19. Income Fnd Amer Inc. | A | Dividend | M | T | Sold (part) | 01/06/14 | K | | |
| 20. Vanguard Fix. Inc. Sec. Fund | A | Int./Div. | L | T | | | | | |
| 21. Elizabeth Twp PA San Auth | A | Interest | | | Redeemed | 06/16/14 | K | | |
| 22. Wintrust Financial Corp. Accounts* | A | Interest | M | T | | | | | *See Part VIII, n. 5 |
| 23. Florida St Brd Ed Pub Ed | A | Interest | | | Redeemed | 06/02/14 | K | | |
| 24. Louisiana St Univ & Agri | B | Interest | | | Redeemed | 07/01/14 | K | | |
| 25. Washington St Hc Facs | B | Interest | | | Redeemed | 11/17/14 | K | | |
| 26. Fontana CA Uni Sch Dist | A | Interest | | | Redeemed | 08/01/14 | J | | |
| 27. Plant City FL Infra | A | Interest | | | Redeemed | 09/02/14 | J | | |
| 28. St. Johns Cnty FL Sales | A | Interest | | | Redeemed | 10/01/14 | J | | |
| 29. Maryland St Hlth & Hghr | A | Interest | | | Redeemed | 07/01/14 | J | | |
| 30. New Mexico Fin Ath St | A | Interest | | | Redeemed | 06/16/14 | J | | |
| 31. Richmond VA Ser A Pub | A | Interest | | | Redeemed | 07/15/14 | J | | |
| 32. Exeter Twp PA | A | Interest | | | Redeemed | 07/15/14 | J | | |
| 33. JEA FL Elec Sys Rev | A | Interest | | | Redeemed | 04/01/14 | J | | |
| 34. California St Radian | A | Interest | | | Redeemed | 02/03/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Allegheny Cnty PA Higher | A | Interest | | | Redeemed | 03/03/14 | J | | |
| 36. Forsyth Cnty GA Ref Oid | A | Interest | | | Redeemed | 03/03/14 | J | | |
| 37. South Carolina St Pub | A | Interest | | | Redeemed | 01/02/14 | J | | |
| 38. Collin Cnty Tx | A | Interest | | | Redeemed | 02/18/14 | J | | |
| 39. Williamson Cnty TX Unrefunded | A | Interest | | | Redeemed | 02/18/14 | J | | |
| 40. Fennville MI Pub Schs | A | Interest | | | Redeemed | 05/01/14 | J | | |
| 41. Dover NJ School District | A | Interest | | | Redeemed | 04/01/14 | J | | |
| 42. Hanover IN Multi-School Bldg | A | Interest | | | Redeemed | 01/15/14 | J | | |
| 43. Madisonville KY Wtr & Swr | A | Interest | | | Redeemed | 03/03/14 | J | | |
| 44. Reed City MI Pub Schs | A | Interest | | | Redeemed | 05/01/14 | J | | |
| 45. Gateway NJ Regl High S/D | A | Interest | | | Redeemed | 03/03/14 | J | | |
| 46. MO St Hlth & EFA Health Facs | B | Interest | | | Redeemed | 08/15/14 | K | | |
| 47. Clear Creek TX Indpt S/D | A | Interest | | | Redeemed | 02/18/14 | K | | |
| 48. Louisville & Jefferson Cnty KY | A | Interest | | | Redeemed | 05/15/14 | K | | |
| 49. Oxford ALA Sch Wts | A | Interest | | | Redeemed | 02/03/14 | K | | *See Part VIII, n. 6 |
| 50. Dallas Tex Indpt Sch Dist | A | Interest | | | Redeemed | 02/18/14 | J | | *CUSIP Number Corrected |
| 51. Chester Cnty PA Indl Dev | A | Interest | | | Redeemed | 04/15/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Breckenridge MN Rev | A | Interest | | | Redeemed | 05/01/14 | J | | |
| 53. Maryland St Dept Trans | A | Interest | | | Redeemed | 05/01/14 | J | | |
| 54. Lake County Ind Pub Libr | A | Interest | | | Redeemed | 02/03/14 | J | | |
| 55. New York NY City | A | Interest | | | Redeemed | 11/03/14 | J | | |
| 56. Mansfield TX Indpt Sch | A | Interest | J | T | Buy | 01/15/14 | J | | |
| 57. San Diego Cnty CA Wtr | A | Interest | J | T | Buy | 01/15/14 | J | | |
| 58. Des Peres MO | A | Interest | J | T | Buy | 01/16/14 | J | | |
| 59. Marlboro Twp NJ Mun Util | A | Interest | J | T | Buy | 01/16/14 | J | | |
| 60. New York, NY Prerefunded | A | Interest | J | T | Buy | 01/16/14 | J | | |
| 61. Western Carolina Regl Swr | A | Interest | J | T | Buy | 01/16/14 | J | | |
| 62. East Brunswick Twp NJ | A | Interest | K | T | Buy | 01/28/14 | K | | |
| 63. Philadelphia PA Wtr | A | Interest | J | T | Buy | 01/28/14 | J | | |
| 64. California St Dept Wtr | A | Interest | J | T | Buy | 01/30/14 | J | | |
| 65. Lamar TX Cons Indpt Sch | A | Interest | J | T | Buy | 01/30/14 | J | | |
| 66. Peabody MA Mun Purp Ln | A | Interest | J | T | Buy | 01/30/14 | J | | |
| 67. NYE County NV S/D | A | Interest | J | T | Buy | 01/30/14 | J | | |
| 68. Nevada St Open Space-PKS | A | Interest | J | T | Buy | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. University ME Sys Rev | A | Interest | J | T | Buy | 01/31/14 | J | | |
| 70. Jefferson Parish LA Sch | A | Interest | J | T | Buy | 02/06/14 | J | | |
| 71. MC Allen TX Indpt Sch Dist | A | Interest | J | T | Buy | 04/07/14 | J | | |
| 72. Portsmouth VA Unrefunded | A | Interest | K | T | Buy | 04/07/14 | K | | |
| 73. University MD Sys Auxiliary | A | Interest | J | T | Buy | 04/08/14 | J | | |
| 74. New York St Dorm Auth | A | Interest | J | T | Buy | 04/09/14 | J | | |
| 75. New York St Twy Auth Hwy | A | Interest | K | T | Buy | 04/10/14 | K | | |
| 76. Pearland Tx Indpt S/D Ref | A | Interest | J | T | Buy | 04/10/14 | J | | |
| 77. Chippewa Valley Mi Schs | A | Interest | K | T | Buy | 04/11/14 | K | | |
| 78. Louisiana St Gas & Fuels | A | Interest | J | T | Buy | 04/11/14 | J | | |
| 79. Oregon St Dpt Admin Svcs | A | Interest | J | T | Buy | 04/11/14 | J | | |
| 80. Rockville MD | A | Interest | J | T | Buy | 04/11/14 | J | | |
| 81. Central Puget Sound Wash | A | Interest | J | T | Buy | 04/14/14 | J | | |
| 82. Darien CT G/O Unltd | A | Interest | K | T | Buy | 04/14/14 | K | | |
| 83. Springville AL Wts G/O Ltd | A | Interest | K | T | Buy | 04/14/14 | K | | |
| 84. Delaware St Ser-A | A | Interest | J | T | Buy | 06/20/14 | J | | |
| 85. New Jersey Economic Dev | A | Interest | J | T | Buy | 06/23/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Berkeley County SC Water | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 87. Georgetown TX Preref CTF | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 88. Henderson County NC | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 89. Louisiana St Gas & Fuels | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 90. Madison Parish LA Sch Dist | A | Interest | K | T | Buy | 06/24/14 | K | | |
| 91. Los Angeles CA Wastewater | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 92. Middletown Twp NJ Brd Ed | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 93. Westerly RI G/O Unltd | A | Interest | J | T | Buy | 06/24/14 | J | | |
| 94. Greenville SC Wtrwks | A | Interest | J | T | Buy | 06/25/14 | J | | |
| 95. New York St Dorm Auth St | A | Interest | K | T | Buy | 06/25/14 | K | | |
| 96. Washington St Ser E G/O | A | Interest | J | T | Buy | 06/25/14 | J | | |
| 97. Adair Cnty KY Sch Dist | A | Interest | J | T | Buy | 06/27/14 | J | | |
| 98. Greenville SC Wtrwks | A | Interest | J | T | Buy | 06/27/14 | J | | |
| 99. Lower CO Riv Auth Tx Rev | A | Interest | J | T | Buy | 06/27/14 | J | | |
| 100. Broward County FL Wtr & Swr | A | Interest | J | T | Buy | 06/30/14 | J | | |
| 101. Larimer Weld & Boulder Cntys | A | Interest | J | T | Buy | 06/30/14 | J | | |
| 102. Lower CO Riv Tx Auth Rev | A | Interest | K | T | Buy | 06/30/14 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Buncombe Cnty NC CTFS | A | Interest | J | T | Buy | 07/08/14 | J | | |
| 104. Highlands Cnty FL Health Facs | A | Interest | J | T | Buy | 07/08/14 | J | | |
| 105. North Carolina ST Prerefunded | A | Interest | J | T | Buy | 07/08/14 | J | | |
| 106. Woodbridge Twp NJ | A | Interest | J | T | Buy | 07/08/14 | J | | |
| 107. Arizona Sch Facs Brd | A | Interest | K | T | Buy | 07/09/14 | K | | |
| 108. Beaufort Cnty Sc | A | Interest | J | T | Buy | 07/09/14 | J | | |
| 109. Bristol TN Elec Rev Sys | A | Interest | J | T | Buy | 07/09/14 | J | | |
| 110. San Antonio TX Elec & Gas | A | Interest | J | T | Buy | 07/09/14 | J | | |
| 111. Nampa Idaho | A | Interest | J | T | Buy | 07/09/14 | J | | |
| 112. Sarasota Cnty FL Communications | A | Interest | J | T | Buy | 07/25/14 | J | | |
| 113. Huntington Beach CA | | None | J | T | Buy | 08/01/14 | J | | |
| 114. Wisconsin St Transn Rev | | None | J | T | Buy | 08/01/14 | J | | |
| 115. Lowndes County AL Wts | | None | J | T | Buy | 08/04/14 | J | | |
| 116. Baytown TX | | None | J | T | Buy | 08/06/14 | J | | |
| 117. Montana St Dept Transn | A | Interest | K | T | Buy | 08/06/14 | K | | |
| 118. New York NY for Prior Issues DTD | | None | J | T | Buy | 08/06/14 | J | | |
| 119. Sylacauga AL HC | | None | J | T | Buy | 08/07/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Westmoreland Cnty PA | | None | J | T | Buy | 08/07/14 | J | | |
| 121. Sylacauga AL HC | | None | J | T | Buy | 08/08/14 | J | | |
| 122. Allentown PA Swr | | None | J | T | Buy | 08/12/14 | J | | |
| 123. Klein TX Indpt Sch Dist | | None | J | T | Buy | 08/12/14 | J | | |
| 124. Independent Cities CA | | None | J | T | Buy | 08/13/14 | J | | |
| 125. La Joya TX Indpt Sch | | None | J | T | Buy | 08/13/14 | J | | |
| 126. Pine County MN Housing | | None | J | T | Buy | 08/13/14 | J | | |
| 127. MO St Hlth & EFA Health | B | Interest | K | T | Buy | 08/15/14 | K | | |
| 128. Plant City FL Infra | A | Interest | J | T | Buy | 09/02/14 | J | | |
| 129. Connecticut St Hlth | | None | J | T | Buy | 10/02/14 | J | | |
| 130. Connecticut St Hlth | | None | J | T | Buy | 10/02/14 | J | | |
| 131. Jacksboro TX Indpt Sch Dist | | None | K | T | Buy | 10/08/14 | K | | |
| 132. La Joya TX Indpt Sch Dist | | None | J | T | Buy | 10/08/14 | J | | |
| 133. Mississippi Dev Bank | | None | J | T | Buy | 10/08/14 | J | | |
| 134. Nevada St Rfdg Natural | | None | J | T | Buy | 10/08/14 | J | | |
| 135. Utah Tran Auth Sales Tax | A | Interest | K | T | Buy | 10/09/14 | K | | |
| 136. Altoona PA Area Sch Dist | | None | J | T | Buy | 12/02/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Oregon Ohio City Sch | | None | J | T | Buy | 12/02/14 | J | | |
| 138.  Indiana Health Fac Fing | | None | K | T | Buy | 12/02/14 | K | | |
| 139.  Sandoval Cnty NM | | None | J | T | Buy | 12/02/14 | J | | |
| 140.  Fairview Park OH City Sch Dist UnRefunded | | None | J | T | Buy | 12/03/14 | J | | |
| 141.  Fairview Park OH City Sch Dist Prerefunded | | None | J | T | Buy | 12/03/14 | J | | |
| 142.  Stafford Cnty & Staunton VA | | None | J | T | Buy | 12/03/14 | J | | |
| 143.  Cicero IL Tax Increment | | None | | | Buy | 08/11/14 | J | | *See Part VIII, n. 7 |
| 144.  Cicero IL Tax Increment | | None | | | Sold | 08/12/14 | J | | *See Part VIII, n. 7 |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gottschall, Joan B. | 5/12/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  VIII, n 1 -- I held this asset in two accounts. Line 1 now represents total holdings, including what was previously reported on line 22.

2.  VIII, n 2 -- I held this asset in two accounts. Line 2 now represents total holdings, including what was previously reported on line 21.

3.  VIII, n 3 -- Vanguard Tax-Managed Growth & Income Adm Fund merged into 500 Index Fund on 5/16/2104, added to line 4.

4.  VIII, n 4 -- Lines 21 and 22 in the 2013 report have been eliminated since the totals are now reflected in lines 1 and 2 of this report.

5.  VIII, n 5 -- This is a "sweep" account in both my brokerage and IRA accounts in which money is held pending investment; money is constantly being put into the account and taken out of the account.

6.  VIII, n 6 -- The bonds listed on line 77 of the 2013 report were sold together with the bonds listed on line 76 of that report. The aggregate sale of both bonds is listed in this report on line 49.

7.  VIII, n 7 -- Despite my instructions to buy NO Illinois bonds, the broker bought this bond but immediately reversed the transaction. No income was realized. (See lines 143-144.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joan B. Gottschall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544